AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California



United States of America

v.

THOMAS KERN GISSELL,

Defendant.

Case No.    2:23-mj-00913-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 9, 2022, through September 2022, in the county of Ventura in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.  2422(b) | Attempted Enticement of a Minor to Engage in Criminal Sexual Activity |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Gregory Webb*
_____
*Complainant's signature*

Gregory Webb, FBI TFO
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:        02/27/2023 at 5:15 p.m.

*Judge's signature*

City and state:   Santa Barbara, California

Hon. Louise A. LaMothe, U.S. Magistrate Judge
*Printed name and title*

AUSA: Kellye Ng, (213) 894-8408

**AFFIDAVIT**

I, Gregory Webb, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint against and arrest warrant for Thomas Kern GISSELL ("GISSELL") date of birth March 30, 1995, for violations of 18 U.S.C. § 2422(b) (Attempted Enticement of a Minor to Engage in Criminal Sexual Activity) (the "SUBJECT OFFENSES").

2.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3.   I am a Senior Deputy with the Ventura County Sheriff's Office and have been employed as a Deputy Sheriff for the past 18 years.  I have been assigned to various positions in the last 18 years that have required investigative work.  I am familiar with techniques used by criminals in the commission of and concealment of various crimes.  I have conducted numerous

interviews of suspects and learned from them the methods they used to commit their crimes.

4.   During my employment, I have received over 400 hours of training in areas pertaining to narcotics investigation, crisis intervention, investigations including sexual assault, child crimes, major crimes, forgery/fraud, crimes against persons and property, interviewing techniques, custody classification, and traffic investigations.  This training was provided by the Ventura County Criminal Justice Training Center, Ventura County Sheriff's Department, California Department of Justice, Behavioral Analysis Training Institute, and Peace Officer's Standard Training.

5.   I am currently assigned as a detective in East County Major Crimes Sexual Assault Investigations in the City of Thousand Oaks.  As part of my current and past assignments, I have conducted or assisted in numerous investigations including sexual assault investigations, possession of child pornography, thefts, burglaries, batteries, weapons violations, possession of controlled substances, narcotics sales, firearms, and conspiracy.  I have assisted in numerous search warrants and probation searches on criminal offender residences, vehicles, and persons.

6.   I am currently assigned to the Internet Crimes Against Children ("ICAC") task force since 2021.  I am also a Task Force Officer ("TFO") assigned to the Federal Bureau of Investigations

Ventura County Child Exploitation Human Trafficking Task Force[1]
("VCCEHTTF") as of January of this year.  As a member of both
the ICAC and VCCEHTTF, I investigate criminal violations
relating to child exploitation and child pornography, including
violations pertaining to the illegal production, distribution,
enticement, receipt, and possession of child pornography.  I
have participated in the execution of numerous search warrants,
many of which involved child exploitation and or child
pornography offenses.

### III.  SUMMARY OF PROBABLE CAUSE

7.    As set forth in greater detail below, GISSELL began
chatting on Whisper, Kik, and Snapchat with two undercover
officers ("UCs") who operated Whisper, Kik, and Snapchat
accounts purporting to be 14-year-old girls.  Not long after the
chatting began, GISSELL, who was using the online identities
"anon," "Tommy069069069," "Thomas," and "fireguy2319," told one
UC to start taking photographs of herself in a bra or swimsuit,
and then to eventually take naked pictures of herself and send
them to GISSELL.  As the chatting progressed, GISSELL asked the
UC whether she would meet with GISSELL and perform oral sex on
him if he traveled to South Carolina to meet her.  GISSELL also
offered to teach the UC, a purported 14-year-old girl, how to
have sex.  GISSELL sent the UC approximately seven pictures of
his erect penis.  GISSELL sent this particular UC a picture of a
$50 USD Victoria's Secret gift card that he purchased for her,

---

[1] VCCEHTTF is a federal task force which comprises six law
enforcement agencies throughout Ventura and Santa Barbara
Counties.

and sent her shopping links to specific sets of lingerie that
GISSELL wanted the UC to model for him.  Throughout the
conversation, the UC referenced her age as a 14-year-old girl.

8.    GISSELL engaged in similar communications with
another UC in Oklahoma, who was also pretending to be a 14-year-
old girl.  GISSELL attempted to solicit sexually explicit images
of the UC on Whisper and Snapchat.  GISSELL sent the UC two
pictures of his erect penis.  GISSELL also gave the Oklahoma UC
detailed instructions on how to masturbate.

9.    On February 7, 2023, officers arrested GISSELL during
a traffic stop.  During a recorded, <u>Mirandized</u> interview,
GISSELL admitted he was the person chatting with whom he
believed was a 14-year-old girl, initialed photographs of his
penis that he sent to the purported 14-year-old girl, admitted
to sending an image of a $50 Victoria's Secret gift card to a
14-year-old girl, and purchasing child sexual abuse material
("CSAM") from minors.

10.    Law enforcement continues to review seven of GISSELL's
seized electronic devices wherein evidence of SUBJECT OFFENSES
have been located.

11.    Upon a preliminary review of GISSELL's seized iPhone,
among other things, agents have discovered GISSELL's Whisper
messages with multiple minors (and not the UCs utilized by law
enforcement).  For example, GISSELL paid $30 via the Cash App to
a user named "little" for CSAM after "little" told GISSELL that
she was 16 years old.  In response to GISSELL's requests and
offers of payment for nude photographs, "little" sent GISSELL

photographs of her performing sexual acts, which included images of her inserting her finger into her vagina.

### IV. TRAINING AND EXPERIENCE ON CHILD EXPLOITATION OFFENSES, COMPUTERS, THE WORLDWIDE INTERNET COMPUTER COMMUNICATION NETWORK, AND DEFINITION OF TERMS

12.  In this affidavit, the terms "minor," "sexually explicit conduct," "visual depiction," "producing," and "child pornography" are defined as set forth in 18 U.S.C. § 2256.  The term "computer" is defined as set forth in 18 U.S.C. § 1030(e)(1).

13.  Based upon my training and experience in the investigation of child pornography, and information related to me by other law enforcement officers involved in the investigation of child pornography, I know the following information about the use of computers with child pornography:

14.  Computers and Child Pornography.  Computers and computer technology have revolutionized the way in which child pornography is produced, distributed, and utilized.  Child pornographers can now produce both still and moving images directly from a common video camera and can convert these images into computer-readable formats.  The use of digital technology has enabled child pornographers to electronically receive, distribute, and possess large numbers of child exploitation images and videos with other Internet users worldwide.

15.  File Storage.  Computer users can choose their method of storing files: either on a computer's hard drive, an external hard drive, a memory card, a USB thumb drive, a smart phone or other digital media device, etc. (i.e., "locally") or on virtual

servers accessible from any digital device with an Internet
connection (i.e., "cloud storage").  Computer users frequently
transfer files from one location to another, such as from a
phone to a computer or from cloud storage to an external hard
drive.  Computer users also often create "backup," or duplicate,
copies of their files.  In this way, digital child pornography
is extremely mobile and such digital files are easily reproduced
and transported.  For example, with the click of a button,
images and videos containing child pornography can be put onto
external hard drives small enough to fit onto a keychain.  Just
as easily, these files can be copied onto compact disks and/or
stored on mobile digital devices, such as smart phones and
tablets.  Furthermore, even if the actual child pornography
files are stored on a "cloud," files stored in this manner can
only be accessed via a digital device.  Therefore, viewing this
child pornography would require a computer, smartphone, tablet,
or some other digital device that allows the user to access and
view files on the Internet.

     16.  Internet.  The term "Internet" is defined as the
worldwide network of computers -- a noncommercial, self-
governing network devoted mostly to communication and research
with roughly 500 million users worldwide.  The Internet is not
an online service and has no real central hub.  It is a
collection of tens of thousands of computer networks, online
services, and single user components.  In order to access the
Internet, an individual computer user must use an access
provider, such as a university, employer, or commercial Internet

Service Provider ("ISP"), which operates a host computer with direct access to the Internet.

17. <u>Internet Service Providers</u>.  Individuals and businesses obtain access to the Internet through ISPs.  ISPs provide their customers with access to the Internet using telephone or other telecommunications lines; provide Internet e-mail accounts that allow users to communicate with other Internet users by sending and receiving electronic messages through the ISPs' servers; remotely store electronic files on their customer's behalf; and may provide other services unique to each particular ISP.  ISPs maintain records pertaining to the individuals or businesses that have subscriber accounts with them.  Those records often include identifying and billing information, account access information in the form of log files, e-mail transaction information, posting information, account application information, and other information both in computer data and written record format.

18. <u>IP Addresses</u>.  An Internet Protocol address ("IP Address") is a unique numeric address used to connect to the Internet.  An IPv4 IP Address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  In simple terms, one computer in a home may connect directly to the Internet with an IP Address assigned by an ISP.  What is now more typical is that one home may connect to the Internet using multiple digital devices simultaneously, including laptops, tablets, smart phones, smart televisions, and gaming systems, by way of example.  Because the home subscriber typically only has

one Internet connection and is only assigned one IP Address at a
time by their ISP, multiple devices in a home are connected to
the Internet via a router or hub.  Internet activity from every
device attached to the router or hub is utilizing the same
external IP Address assigned by the ISP.  The router or hub
"routes" Internet traffic so that it reaches the proper device.
Most ISPs control a range of IP Addresses.  The IP Address for a
user may be relatively static, meaning it is assigned to the
same subscriber for long periods of time, or dynamic, meaning
that the IP Address is only assigned for the duration of that
online session.  Most ISPs maintain records of which subscriber
was assigned which IP Address during an online session.

    19.  <u>IP Address – IPv6</u>.  Due to the limited number of
available IPv4 IP addresses, a new protocol was established
using the hexadecimal system to increase the number of unique IP
addresses.  An IPv6 consists of eight sets of combination of
four numbers 0-9 and/or letters A through F.  An example of an
IPv6 IP address is 2001:0db8:0000:0000:0000:ff00:0042:8329.

## V.  <u>STATEMENT OF PROBABLE CAUSE</u>

    20.  Based on my review of law enforcement reports,
conversations with other law enforcement agents, and my own
knowledge of the investigation, I am aware of the following:

### A.    **GISSELL – Using the Username "anon" – Communicates with an Oklahoma UC on Whisper**

    21.  On or about August 25, 2022, the Oklahoma UC, posing
as a 14-year-old girl from Florida on Whisper, posted an image
of a small, school-aged child sitting at a desk with the text

overlay, "I hate home school."  Based on my training and experience, Whisper is a social media application that allows users to post photographs, and allows users to contact each other directly, including exchange messages, photographs, videos, and other media.  It also allows users to use the generic username of "anon" if they wish to remain anonymous.

22.  On or about the same day, a user using the username "anon" (later determined to be GISSELL) contacted the UC on Whisper.  This user asked the UC why she hated being homeschooled.  The UC responded that she was bullied at school and missed being with her friends.[2]  The UC told "anon" via Whisper that she was 14 years old.  "Anon" told the UC that he was 27, and told her to enjoy her teen years.

23.  During that same conversation, GISSELL asked the UC, "Are u cute?" and asked to see a picture of her.  The UC sent GISSELL a picture of a young female, who appeared to be approximately 12 to 15 years old with blonde hair.  GISSELL wrote to the UC on Whisper, "Well i think your really cute" and "Your not a naughty girl are u?"  The UC responded that she had not done anything before (meaning she was sexually inexperienced).  GISSELL replied, "Oh I see . . . Do you want to?"  GISSELL also asked the UC, "Do you play with yourself."  The conversation transitioned to Snapchat.

---

[2] I have included summaries of the conversations between the UC and GISSELL.  These are not included to be exact, verbatim quotes unless specifically indicated, and do not comprise an exhaustive recount of the entirety of conversation.

**B.   GISSELL Continued Communicating with the UC on Snapchat from the Account, "Thomas (fireguy2319)."**

24.   Then, GISSELL continued chatting with this UC, who was posing as a 14-year-old girl from Florida, on Snapchat.   GISSELL operated the Snapchat identified as "Thomas" (as in, GISSELL's first name) and "fireguy2319."   A picture of GISSELL's Snapchat profile is shown below:



25.   As GISSELL's and the UC's conversation continued on Snapchat, the UC told GISSELL that she just started the ninth grade.   GISSELL then asked her, "Soo youve never masterbated or anything?"   The victim responded, "No not really."   GISSELL asked the UC whether she wanted to learn.   The UC told GISSELL that she locked her door so that her aunt would not catch her. GISSELL asked the UC on Snapchat, "Well to start did you take your pants and undies off?"   When the UC confirmed she removed

some clothing, GISSELL wrote, "Is it bad i kinda wanna see," followed by two emojis: one depicting wide eyes and the other of a monkey covering its eyes.  GISSELL instructed the UC to spread her legs, rub her vagina, and suggested that she insert her finger into her vagina.  GISSELL also requested that the UC send him a "live" image of herself and asked whether she has ever sent "a nude" before.  GISSELL then wrote to the UC, "Ill show u my dick if you show me your boobs."

26.  That same day, on or about August 25, 2022, GISSELL sent the UC an image of an erect penis with blue boxer shorts. Based on my training and experience, individuals engaged in the exploitation of children often offer to "trade" or send sexually explicit images to, among other things, lower the child's inhibitions, normalize the sexualization of children, and groom the child to engage in sexual activity – here, to send explicit photographs.

27.  GISSELL continued to try to convince the UC to send him a picture of her breasts.  On or about August 26, 2022, GISSELL sent the UC another image of an erect penis in the shower.

28.  In response to GISSELL's image, the UC wrote that she would not know what to do with it.  GISSELL told the UC, "Well u could suck it, rub it with ur hands, or i could put it in your vagina."  The UC asked whether it would hurt.  GISELL replied, "Only a little at first but idk [I don't know]."

**C.    Identification of "fireguy2319" as GISSELL**

29.  On or about September 20, 2022, Special Agent Billy
Stites from the Bureau of Indian Affairs, United States
Department of the Interior, served an administrative subpoena to
Snapchat for the account, "fireguy2319."  Snapchat returns
confirmed that the username "fireguy2319" was associated with
the display name "Thomas" and the email, "kerncty01@aol.com."[3]
Subpoena returns also provided a limited log of 30 IP addresses.
Twenty-six of the IPv4 addresses resolved to T-Mobile, and two
IP addresses potentially resolved to two home accounts based in
Moorpark, California.

30.  On or about November 1, 2022, Special Agent Stites
served an administrative subpoena to American Online ("AOL").
Subpoena returns confirmed that the username associated with
kerncty01@aol.com was "Thomas Gissell," with a Pacific Palisades
postal code and phone numbers (310) 467-1774 (verified) and
(310) 210-2704 (unverified).

31.  Special Agent Stites conducted records check on
GISSELL.  According to database searches, GISSELL's date of
birth was March 30, 1995, with three potential addresses: 16648
Cumbre Verde Court, Pacific Palisades, California 90275; 10763
Ternez Drive, Moorpark, California 93021; and 10641 Ternez
Drive, Moorpark, California 93021.

32.  According to California Department of Motor Vehicle
("DMV") records, GISSELL listed 10763 Ternez Drive, Moorpark,

---

[3] "Kern" is GISSELL's middle name, which is another fact
that leads me to believe this was his AOL account and his
Snapchat account.

California, as his residence on his driver's license.  The photograph of GISSELL on his driver's license is visually similar to the avatar on the Snapchat profile for "Thomas" ("fireguy2319").[4]



**GISSELL'S DMV PICTURE**




**Thomas**
fireguy2319

**GISSELL'S SNAPCHAT PROFILE**

33.   Further records searched showed that the phone number (310) 459-7079 was associated with GISSELL.

34.   On or about December 22, 2022, Supervising District Attorney Investigator and VCCEHTTF TFO Terrance Dobrosky obtained a search warrant for records from Charter Communications, Frontier Communications of America, AT&T, Snapchat, Whisper, and AOL.  The Honorable David Hirsch, Ventura County Superior Court, signed the search warrant.

35.   Search warrant returns from AT&T showed IP address 76.218.81.26 belonging to Kaitlin Stillwagon at 4753 Moorpark Avenue, #13, Moorpark, California.  Stillwagon's DMV photograph

---

[4] Based on my training and experience, I know that Snapchat allows users to create an avatar based upon their appearance.

compared with an opensource search of Stillwagon revealed that
Stillwagon is in a romantic relationship with GISSELL.

36.   Search warrant returns from Charter Communications
showed the IP address 76.94.243.16 returning to account for
Patricia Gissell at 10763 Ternez Drive, Moorpark, California –
the same address listed on GISSELL's California driver's
license.

37.   Search warrant returns from AOL regarding the email
account kerncty01@aol.com confirmed the account's listed name as
Thomas Gissell, and date of birth March 30, 1995.  As noted
before, "Kern" is GISSELL's middle name and the date of birth
from the AOL returns matches GISSELL's date of birth from DMV
records.

38.   Search warrant returns from Snapchat for the account
"fireguy2319" provided over 38,601 unique data points involving
latitude and longitude coordinates with radiuses between about 5
and 40 meters.  Over approximately 8,900 data points resolved to
a radius within close proximity of 4753 Moorpark Avenue in
Moorpark, California and another approximate 1,300 data points
resolved to a radius within close proximity of 10763 Ternez
Drive in Moorpark, California – again, which corroborates
GISSELL as the user of the Snapchat account at issue.  An IP
address 76.218.81.26 was related to the account.

39.   In particular, as it relates to the August 25 and 26,
2022 conversations described above, the returns from Snapchat
indicate that GISSELL was located in Moorpark, California.

### D. Snapchat Returns for "Fireguy2319" Revealed Sexually Explicit Conversations with Girls Appearing to be Under the Age of 18

40. Search warrant returns from Snapchat for the account "fireguy2319" also showed numerous attempts by GISSELL to entice, solicit, obtain, and even pay for child sex abuse material — from young girls. The following are some examples of conversations I read:

41. On or about April 14, 2022, "fireguy2319" (GISSELL) sent Snapchat user "Hannah_cole044" a screenshot depicting a financial transaction of $65 USD. "Hannah_cole44" then sent GISSELL two images of a female that appeared to be approximately 15 to 18 years old.[5] The first image also included in the background a small stuffed animal, a retainer for braces (similar to Invisalign), and makeup. The second image depicted a naked female without her face showing but clearly revealing her breasts and vaginal area, which appear to be consistent with the same body type, skin tone, hair, and background from the female depicted in the first photograph. GISSELL asked "Hannah_cole44" on Snapchat whether she was into "pee play." "Hannah_cole44" expressed reluctance about producing urination material, but approximately 15 days later, she told GISSELL that she was in desperate need for money and suggested she might be willing to engage in "pee play" for an additional $100.

42. On or about June 29, 2022, "fireguy2319" (GISSELL) wrote to "tportsmouth8" via Snapchat, "I like younger girls . .

---

[5] Law enforcement is attempting to identify this minor.

. Wish I could find a young girl . . . Any tips to find a young girl?"

43.   On or about January 22, 2022, "fireguy2319" (GISSELL) saved a series of images from "hottieblondie20." Nine of the images were of a female that appeared to be 14 to 16 years old.[6] The female is very petite, and the images show a distinct birthmark, the female's vaginal area, and the female posing in a sexually suggestive manner for the sexual enticement of the viewer. One of the images is a closeup of the vaginal area with only a hand seen.[7]

44.   On or about January 30, 2022, "fireguy2319" (GISSELL) received a series of images from "nicky_hartshorn." Nine of the ten images appeared to show a female aged approximately 13 to 15 years old, which appeared to be taken inside of an RV or trailer.[8] In seven of the images, the vaginal area is clearly depicted, and in nine of the images, her breasts are clearly shown. Based on my review of these images, I believe that the female appears to be posing for the sexual enticement of the viewer.

45.   On or about February 7, 2022, a tenth image is a closeup of a vaginal area, which spreads the labia apart and shows the female urinating. The text overlay states, "for thomas" – which I believe, based on my participation in this

---

[6] Law enforcement is attempting to identify this minor.

[7] It is unknown if the closeup image is of the same female as the other images.

[8] Law enforcement is attempting to identify this minor.

investigation, to mean that the girl had taken a photograph of her vagina for GISSELL.

> **E. GISSELL Communicates with a South Carolina UC on Whisper and Kik Using the Username "Anon" and Attempts to Groom Her Into Taking Sexually Explicit Photographs of Herself for Him**

46. On or about August 9, 2022, an individual with the username "anon" – later identified as GISSELL – contacted a South Carolina UC posing as a 14-year-old girl. GISSELL told the UC that his name was "Tom," as in GISSELL's first name of Thomas. While "Tom" initially stated that he was 17 years old, he later admitted to being 27 years old. On or about August 31, 2022, GISSELL and the South Carolina UC's conversation moved to Kik, but GISSELL then used the username "tommy069069069" on Kik. For the reasons described further below, both "anon" on Whisper and "tommy069069069" on Kik are believed to be used by GISSELL.[9]

47. During the conversation, GISSELL requested the UC to send sexually explicit images and videos of herself for him and further discussed the sexual acts that he wanted to perform with her. GISSELL sent the South Carolina UC nude images of himself, which included images of his erect penis in blue boxer shorts, and full-length naked images of himself without his face

---

[9] GISSELL later admitted in a recorded, <u>Mirandized</u> interview that he believed the conversations with the South Carolina UC were with a 14-year-old girl. GISSELL initialed physical copies of the nude photographs of his penis that he admitted that he sent to the purported 14 year old via Kik.

depicted, but showing moles and a necklace with a thick white chain.[10]

48.   On or around September 2, 2022, GISSELL told the South Carolina UC, "Dont be scared I promise im not gonna share it" (referring to the images that he wanted her to take).  Based on my training and experience, this is a common grooming technique intended to make the child feel safe, and to build trust between the two of them.

49.   On or around September 2, 2022, GISSELL told the South Carolina UC, "Come on u seen me naked now And i just wanna see ur bra [emoji] well i wanna see u naked too But baby steps lol [laugh out loud]."

50.   On or around September 2, 2022, the South Carolina UC commented that if the subject was at her location, he could see all of her.  In response, GISSELL wrote, "U want me to flyout there [emoji]," "What would we do [emojis]," and "Sooo what would u want if i came out there."  The South Carolina UC responded, "idk [I don't know] would u even come tho?"  GISSELL responded, "Maybe [emoji] / Depends what you want to do / Im not gonna fly out there to say hi [emoji]."

51.   GISSELL wrote that he and the South Carolina UC could hang out and have fun.  When the UC said that she was "ok" with that, GISSELL added the following messages as shown below – escalating the nature of the conversation from taking photographs to having sex:

_____

[10] Based on my review and comparison, the images of the erect penis and blue boxer shorts sent to the Oklahoma UC and South Carolina UC appear to be the same photograph.



52.   On or around September 24, 2022, GISSELL sent the South Carolina UC images of a Victoria's Secret gift card. GISSELL sent the UC website links to lingerie that he wanted the UC to purchase, believing that the UC was a 14-year-old girl.[11] GISSELL further wrote, "I wanna see you wear the new thongs."

53.   On or around September 19, 2022, the South Carolina UC told GISSELL via Kik that her camera phone was broken.  In response, GISSELL offered to buy a phone for the South Carolina UC, whom he believed was a 14-year-old girl, so that she could photograph herself and send him the pictures.[12]

**F.   Identification of "anon" on Whisper and "tommy069069069" on Kik as GISSELL**

54.   Law enforcement attempted to identify the "anon" and "tommy069069069" accounts.  On or about November 21, 2022, Detective Brittany Harvill from the Charleston, South Carolina

---

[11] GISSELL later admitted in a recorded, <u>Mirandized</u> interview that he sent the Victoria's Secret gift card photograph to a person whom he believed was 14 years old.

[12] This list is not exhaustive of all the messages that were sent.

19

Police Department served a subpoena on Whisper and Kik.  Returns from Whisper and Kik confirmed the IP addresses 76.94.243.16 and 76.218.81.26.  As set forth in Section C above, IP addresses 76.94.243.16 and 76.218.81.26 were associated with GISSELL based on investigations involving the Oklahoma UC.

55.  In September 2022, GISSELL sent the South Carolina UC via Kik an image of a small bulldozer/tractor with the serial number "RH8W47."  Snapchat returns also showed GISSELL dressed in a bright orange work shirt with his name on it, which included the word, "grading."  Several other images in GISSELL's Snapchat account included different bulldozers, earthmovers, and other similar heavy equipment.

56.  On or about January 11, 2023, I conducted surveillance at 10763 Ternez Drive in Moorpark, California and located the same bulldozer depicted in the image that GISSELL sent to the South Carolina UC with serial number "RH8W..."[13]  The photographs from the returns, as well as my observation of the same bulldozer, all corroborate that GISSELL used the accounts at issue.

57.  On or about January 17, 2023, TFO Dobrosky and I conducted surveillance around 4753 Moorpark Avenue, #13, in Moorpark, California.  At about 6:52 p.m., we saw a male subject barbecuing on the balcony.  Based on our review of DMV records for GISSELL, it was our opinion that the male subject seen on the balcony was GISSELL.  GISSELL also appeared to be wearing a

---

[13] The rest of the serial number was obscured by plants in the photograph.

necklace with a thick metal chain identical to those depicted in the images he sent to the South Carolina UC – again, corroborate his identity as the user of the accounts at issue.

### G.    Intelligence Regarding GISSELL

58.    In 2010, when GISSELL was approximately 15 years old, he was investigated by the Los Angeles Police Department for sending sexually explicit messages to a 13-year-old girl.

59.    In 2018, PayPal reported to the National Center for Missing and Exploited Children ("NCMEC") that the account "kerncty01@aol.com" belonging to GISSELL had reportedly conducted transactions involving the purchase of child sex abuse material on or about March 24, 2016 (when GISSELL was nearly 21 years old) from a girl initially identified as being about 15 to 17 years old.[14]

60.    On or about November 18, 2022, GISSELL called 911 to report a disturbance in the area around 4753 Moorpark Avenue, #13, in Moorpark, California.  GISSELL provided a callback number of (310) 467-1774.

61.    Between approximately December 12, 2022, and January 17, 2023, law enforcement officers conducted surveillance at 4753 Moorpark Avenue and 10763 Ternez Drive in Moorpark, California, but were unable to observe GISSELL.  However, on or about January 14, 2023, TFO Dobrosky observed three of GISSELL's registered cars parked next to the building at 4753 Moorpark Avenue, #13, in Moorpark, California.

---

[14] Subsequent documentation indicates that the recipient of the funds was about 15 years old at the time.

**H.   Officers Conduct a Traffic Stop of GISSELL and Find Two Loaded Guns and Seven Fully Loaded Magazines in His Car**

62.   On or about January 30, 2023, TFO Dobrosky obtained a search warrant from the Honorable Michelle Castillo of the Ventura County Superior Court to search GISSELL's person, the six cars registered to him, the apartment at 4753 Moorpark Avenue, #13, in Moorpark, California for electronics related to the production and possession of CSAM, sending harmful matter to a child, and child luring.  The search warrant also included records from numerous Internet service providers including AOL, Apple, Google, Kik, and Snapchat.

63.   On or about February 7, 2023, at approximately 5:00 a.m., officers conducted surveillance of GISSELL at 4753 Moorpark Avenue, #13, in Moorpark, California.  Ventura County Sheriff's Officers saw him leave the apartment and conducted a traffic stop of GISSELL's car at approximately 6:07 a.m.

64.   While GISSELL was in the backseat of Deputy Jones's patrol car, GISSELL spontaneously said that he forgot that his firearm was in the truck.

65.   When the deputies searched GISSELL's car incident to arrest, deputies located a 9mm Smith and Wesson pistol hidden between the driver's seat and the center console.  The firearm was in an open-top holster with a fully loaded high-capacity magazine with hollow point ammunition in the well and a round in the chamber.  Deputies found a Springfield Armory X-3 9mm firearm in a zippered bag in the backseat with a loaded magazine in the well (no round in the chamber), in addition to seven

fully loaded magazines,[15] a full box of approximately 50 rounds of 9mm ammunition, and 3 loose rounds of 9mm ammunition.  Both firearms are registered to GISSELL.

66.  Deputies also discovered handcuffs and pepper spray in GISSELL's driver's side door compartment, a baton between the driver's seat and center console, several radios in the vehicle with the ability to listen to fire and police scanners, a "Gates" security badge in a leather badge holder, a Fire Press Pass that was laminated and displayed GISSELL's photograph, a fireman's helmet, and a fireman's turnout or protective jacket.[16] GISSELL's truck was also outfitted with working amber lights and sirens.

67.  That same day, deputies arrested GISSELL for two counts of possession or control of child pornography, in violation of California Penal Code Section 311.11(A); two counts of sending harmful matter, in violation of California Penal Code Section 288.2(A); Causing a Minor to Engage in Commercial Sex Act, in violation of California Penal Code Section 236.1(C)(1); two counts of carrying a loaded firearm, in violation of California Penal Code Section 25850(a); and two counts of possession of high capacity magazines, in violation of California Penal Code Section 32310(a).

---

[15] Altogether, including the magazines inside of the guns, there were nine fully-loaded magazines: two 15-round magazines and six 10-round magazines.

[16] GISSELL is not, in fact, a firefighter.

**I.    GISSELL Admitted to Requesting Nude Images from and Sending the Victoria's Secret Gift Card to Someone Whom He Thought was 14 Years Old, and Sending "Dick Pics" to Approximately 30-40 Underage Girls**

68.    In a recorded interview at the Sheriff's Headquarters, deputies advised GISSELL of his <u>Miranda</u> rights.  GISSELL agreed to waive his rights and speak with deputies.  In the recorded interview, GISSELL admitted the following:

a.    GISSELL admitted to not possessing a concealed weapons permit.[17]

b.    GISSELL initially believed that deputies were questioning him for "rolling code," which means activating lights and sirens in a car.

c.    GISSELL admitted that the Fire Press Pass he possessed came from a friend.

d.    GISSELL admitted to using "TextFree," which is used for anonymizing of text messages, Whisper, Snapchat, Kik, Tinder, and Instagram.

e.    GISSELL admitted to being banned from Whisper.

f.    GISSELL admitted to communicating with minors on Whisper and transitioning the conversations to Kik or Snapchat.

g.    GISSELL admitted that he may have been banned from PayPal.

h.    GISSELL admitted to speaking to at least one girl who was possibly 14 years old and positively identified one of the undercover images that the South Carolina UC sent him.

---

[17] Although GISSELL possesses a valid guard card with endorsements for OC spray and batons, he is not endorsed for a firearm.

GISSELL also identified a picture of his penis that he sent to the South Carolina UC posing as a 14 year old and admitted to sending two to three images of his penis to her.  GISSELL also admitted that he sent the Victoria's Secret gift card to someone whom he believed was 14 years old to make purchases and for her to send him nude images of herself.

     i.   GISSELL admitted that he sent photographs of his penis to approximately 30 to 40 underage girls over the last several years.

69.   GISSELL asked deputies, "Should I be seeking my legal counsel, should I advise them I'm here?"  I responded, "That is your choice, I'm not an attorney."  GISSELL proceeded to ask whether his girlfriend and boss knew GISSELL was with law enforcement.  I answered GISSELL's questions, and then stepped out for a break.

70.   Upon my returning from the break, I showed GISSELL several photographs that I had previously shown him during the interview.  The photographs were of what he had either sent or received to alleged minors.  GISSELL placed his initials next to the photographs that he recognized and was familiar with, including the picture of his penis with the blue boxer shorts that he sent to the South Carolina UC, the picture of his penis in the shower depicting his metal chain necklace that he sent to the South Carolina UC, another image of his bulldozer that he sent to the South Carolina UC, and another image that he took naked in front of a bathroom mirror, which also depicts his metal chain necklace to the South Carolina UC.

71.  GISSELL said that approximately 20, 30, or 40 minors over the years sent "nudes" to GISSELL.

72.  After I asked GISSELL whether he was attracted to minors, GISSELL said that he did not want to answer any more questions and that he wanted to consult with legal counsel.  At this point, I immediately ceased questioning.

73.  On or about February 7, 2023, TFO Dobrosky conducted a preliminary manual search of GISSELL's cellular phone for contraband.  On it, he saw that GISSELL had the app Wicker, and appeared to belong to a group called, "Pedo Pals."  In my training and experience, I understand the word "pedo" to be a shortened version of the word, "pedophile."

74.  On or about February 9, 2023, GISSELL appeared before a judge in the Ventura County Superior Court.  On or about February 9, 2023, GISSELL's arraignment was continued to March 15, 2023.  The Ventura County Superior Court judge set bail at $300,000 with search conditions, no access to the Internet, and no contact with children.  That same day, GISSELL posted the $300,000 bail.

**J.  Searches of GISSELL's Phone Demonstrate that GISSELL Sexually Exploited Minors, Enticed Minors, Was Willing to Travel to Meet with Minors, Possessed CSAM, and Preferred Minors Between the Ages of 10 through 16.**

75.  Upon continued review of GISSELL's personal Apple iPhone 13 mini that was located on GISSELL's person during the traffic stop on February 7, 2023, FBI Special Agent Kimberly Holeman located at least 20 separate Whisper chat conversations where GISSELL enticed minors to send him CSAM after they

26

specifically indicated that they were between 12 to 16 years old.  The Whisper chat messages that were still available on GISSELL's phone are from October 11, 2022 through January 19, 2023.[18]

76.  Within the chats, GISSELL offered the minors money, a Victoria's Secret gift card, dildos, vibrators, or cash for food.  GISSELL additionally sent multiple images of his erect penis to the minors.

77.  In multiple Whisper messages with different users, believed to be adults, GISSELL also relayed his preferences for female minors between the ages of 10 to 16 years old, preteens, teens, and a desire to impregnate a minor, having a daughter with that minor, so that he could groom said daughter into an incestual relationship.

78.  GISSELL expressed an interest and willingness to travel to an alleged minor who was two hours south of his location for the purpose of having sex.

79.  Finally, and in addition to the CSAM, GISSELL possessed at least a dozen bestiality images located within his Apple iPhone 13 mini.

1.   GISSELL's Enticement of Minors on Whisper

80.  Over the course of three months from October 11, 2022, through January 19, 2023, GISSELL enticed, or attempted to entice, approximately 20 minors to send him CSAM through the Whisper application.

---

[18] GISSELL started communicating with both UCs on Whisper prior to October 11, 2022, so it is believed Whisper stores chat messages for a certain time until they are deleted.

81.   GISSELL'S modus operandi appeared to be the following:

a.    GISSELL would almost immediately ask the other user how old they are.

b.    The minor would share her age.

c.    GISSELL would ask the minor if she was cute and ask to see a picture of the minor.  In some instances, the minor would send a picture of themselves to GISSELL, and in others, the minor would not send a picture.

d.    If the minor did send a picture to GISSELL, then GISSELL would provide an encouraging and complimentary response like, "your cute" or "your sexy" or "your hot."

e.    GISSELL would at times ask if the minor is a "naughty girl" (meaning sexually).

f.    GISSELL would then ask if the minor would like to be spoiled by offering to send them money or other items of value, including Victoria's Secret or Amazon gift cards.

i.    If the minor responds, GISSELL would either: (a) ask for nudes or (b) what will he get in return from the minor (implying that he wanted nude photographs of the minor in exchange for the money).

ii.    Among the 20 minors, approximately five minors sent CSAM to GISSELL in exchange for money via Cash App or gift cards.[19]  Upon receipt of the CSAM, GISSELL continued

---

[19] It appears that the minors sent GISSELL the CSAM via the Whisper application.  However, the photographs were deleted from the Whisper application.  Upon further inspection of the times the minors sent the CSAM and screenshots of CSAM saved to GISSELL's iPhone 13 mini, it appears that GISSELL saved the CSAM
*(footnote cont'd on next page)*

enticing the minors for more CSAM until the conversations eventually ended.

          2. <u>An Example of GISSELL's Enticement and Production of Child Sexual Abuse Material From a 16-Year-Old Minor in Nebraska</u>

82. Beginning on or about November 21, 2022, until November 27, 2022, via the Whisper application, GISSELL engaged in chat messages with the username, "little"[20]:

    ["Little" posted a photo, which is no longer available to be viewed.]

    GISSELL: "Hey"

    GISSELL: "Hey"

    GISSELL: "Ill destroy it"

    "Little": "Lol heya"

    GISSELL: "Hows it goin?"

    "Little": "Honry [horny] lol u?"

    GISSELL: "Same!"

    . . .

    GISSELL: "How old r u?"

    GISSELL: "Mmmm (emoji) (emoji)"

    GISSELL: "Is ur little pussy wet (water emoji)"

    "Little": "16 lol"

    "Little": "Yessssss"

    "Little": "Lol"

---

that he received on the Whisper application to his iPhone's photo album.  Law enforcement is attempting to identify the minors.

    [20] Law enforcement is attempting to identify this minor.

> GISSELL: "Mmmmm Let me see (emoji) (water emoji)
> (emoji)" and "Awww y not"
>
> "Little": "Lol nuu" [Meaning, no]
>
> GISSELL: [Sends an image showing his erect penis] and
> "Cum on (emoji)" and "Aww y not"
>
> "Little": "Hottt" and "But I don't do nudes"

83.   Although GISSELL was informed that "little" was a minor at 16 years of age, he continued to elicit CSAM from her and eventually offered to pay her money:

> GISSELL: "Ill pay you lol" and "Ya really"
>
> "Little": "Haha like really?"
>
> "Little": "How much? And you'd like never be allowed
> to share these"
>
> GISSELL: "Yea I know haha" and "How much u want"

84.   "Little's" response indicated that she was not familiar with how much people normally sold nude images for. Before responding, GISSELL asked "little" if he could see what she looked like.   "Little" apparently sent an image to GISSELL. GISSELL responded to the image with, "Mmm ur sexy" and "Girls normalu [normally] charge around 5 per pic" (Meaning $5 USD per nude photo sent).   "Little" responded, "Lol thank you. And really? Secret lol"

85.   "Little" provided GISSELL with her Cash App account name, "$MorganNunya."   "Little" said she would send five nudes and several "underware" (underwear) photos for a total of $25 USD.   After a couple of messages, GISSELL asked "little" if he

would get in any trouble.  "Little" reminded GISSELL that she was not 18 yet.  GISSELL responded, "I know (emoji)(emoji)."

86.  Throughout the course of their Whisper chat, "little" revealed that she lived in Nebraska and sent a total of fourteen images.  Among the fourteen images, GISSELL saved nine images that "little" sent.  Six of those nine images are CSAM images. The six CSAM images included a full-frontal depiction of her standing and taking a photo in a mirror showing her breasts, vagina, and face; two images spreading her vagina open with her fingers; two images revealing her breasts; and another image of her inserting her finger into her vagina.

87.  TFO Dobrosky confirmed through GISSELL'S Cash App application on GISSELL's Apple iPhone 13 mini that GISSELL paid "little" $30 USD[21] to her Cash App account, "$MorganNunya," on or about November 21, 2022.

88.  After "Little" sent GISSELL CSAM to GISSELL, GISSELL wrote to "Little": "Your soooo sexy" and "Id destroy that pussy (emoji)(emoji)."  GISSELL continued to entice and elicit additional CSAM from "little" by way of offering her a $50 Victoria's Secret gift card, food purchases, and more money. "Little" did not take GISSELL's offers any further than the initial $30 USD that GISSELL sent to "Little's" Cash App. Further, GISSELL sent "Little" two additional images of his erect penis.  For one of the images of his erect penis, he

---

[21] GISSELL told "little" the usual rate was $5 USD per photo. "Little" sent GISSELL six CSAM images.  Therefore, as corroborated by GISSELL's Cash App, GISSELL paid $30 USD for the exchange.

indicated wanting to slide "it" all the way into "little's" vagina.

89.   Based on my review of these messages and my participation in this investigation, GISSELL was put on notice at the outset that "little" was under the age of 18 on at least two separate occasions.   Further, although GISSELL was made aware that "little" is a minor, he offered "little" money or items of value, including a Victoria's Secret gift card, and elicited CSAM from her, and then "little" produced and sent CSAM images to him.   Through the course of the chat messages, GISSELL also sent three images of his erect penis to "little."

## VI. <u>CONCLUSION</u>

90.   For all of the reasons described above, there is probable cause to believe that Thomas Kern GISSELL has violated the SUBJECT OFFENSES.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>27th</u> day of
February, 2023. at 5:15 p.m.

_Louise A. LaMothe_

_____
UNITED STATES MAGISTRATE JUDGE